

# NUMBER 13-23-00111-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE ESTATE OF STEVEN ANDRE PRUE SR., DECEASED

On appeal from the County Court at Law No. 1
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Contreras**

On March 14, 2023, appellant filed a notice of appeal. On March 17, 2023, the Clerk of the Court instructed appellant to remit a $205.00 filing fee within ten days from the date of the notice. Additionally, the Clerk of the Court notified appellant that it appeared there was no final, appealable order and that the notice of appeal did not comply with TEX. R. APP. P. 25.1(d). Within the same correspondence, the Clerk of this Court notified appellant the appeal was subject to dismissal if the defects were not cured within the timeline provided. TEX. R. APP. P. 42.3(c).

Appellant has not cured the defects, nor acted on the matter, nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b)(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
15th day of June, 2023.